# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2023

## NO. 03-21-00093-CV

**Appellant, Houndstooth Capital Real Estate, LLC // Cross-Appellant, Maverick Title of Texas, LLC d/b/a Texas Title**

**v.**

**Appellees, Maverick Title of Texas, LLC d/b/a Texas Title; WFG National Title Company of Texas d/b/a WFG National Title Company and WFG National Title Insurance Company; and Wally Tingley & Associates, P.C. // Cross-Appellee, Houndstooth Capital Real Estate, LLC**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment based on the orders signed by the trial court on January 14, 2021 and January 26, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.